

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 20, 2021

**BY EMAIL**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
United States District Courthouse
500 Pearl Street
New York, New York 10007

> Re:     *United States v. Joseph Eugene Lemay, a/k/a "Gene Lemay*,"
>           S1 21 Cr. 573 (MKV)

Dear Judge Lehrburger:

The Government respectfully requests that Indictment S1 21 Cr. 573 (MKV) and the arrest warrant for defendant Joseph Eugene Lemay, a/k/a "Gene Lemay," be unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     /s/ Olga I. Zverovich
          Katherine C. Reilly
          Jilan Kamal
          Olga I. Zverovich
          Assistant United States Attorneys
          (212) 637-6521/2192/2514

SO ORDERED:

Oct. 20, 2021

THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK