```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           -against-

JOSEPH EUGENE LEMAY,
    a/k/a "Gene Lemay

           Defendant.

1:21-cr-00573 (MKV)

**ORDER**

---

MARY KAY VYSKOCIL, District Judge:

    The arraignment for Joseph Eugene Lemay will take place on November 3, 2021 at 2:00 PM before Judge Mary Kay Vyskocil.

    The proceeding will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Interested parties may dial 888 278-0296

**SO ORDERED.**

**Date October 21, 2021**

**New York, NY**

*/s/ Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge