# AGOSTINO & ASSOCIATES

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

THE BANK HOUSE

14 WASHINGTON PLACE

HACKENSACK, NEW JERSEY 07601

-----

(201) 488-5400

FAX

(201) 488-5855

10/27/2021

SO ORDERED:

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

October 27, 2021

**Via ECF**

Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:          *United States v. Joseph Lemay*
> Docket No.: 21-CR-573

Dear Judge Lehrburger,

This firm represents the defendant, Joseph Lemay. On October 20, 2021, an Appearance Bond was signed, which released Mr. Lemay on a personal recognizance bond. The bail conditions for the Appearance Bond were to be completed by October 27, 2021. One of those conditions was to secure a lien against Mr. Lemay's home in the amount of $1,000,000.00. Mr. Lemay's home is located in Delray Beach, Florida.

Unfortunately, there have been minor unforeseen issues regarding the filing of the lien, resulting in the lien not being able to be filed by October 27, 2021. Other conditions of the Appearance Bond have been satisfied, including the production of documents and interview of the co-signers. Defendant's counsel respectfully requests that this Court grant an extension of time for satisfaction of the bail conditions set forth in the October 20, 2021 Appearance Bond.

Letter Motion Regarding Bail Conditions
21-CR-573
Page **2** of **2**

Defendant's counsel requests that the satisfaction of the bail conditions be extended until Monday, November 1, 2021.

Defendant's counsel has discussed this matter with opposing counsel and there is no objection to the granting of this motion.

Thank you for consideration of this request.

Respectfully submitted,

/s/ Frank Agostino_____
Frank Agostino
Agostino & Associates, P.C.
Attorneys for Defendant Joseph Lemay
14 Washington Place
Hackensack, NJ 07601
T: (201) 488-5400, ext. 107
F: (201) 488-5855
E: fagostino@agostinolaw.com

CC: Counsel of record (via ECF)