UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2021
```

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

JOEL LINGAT and JOSEPH EUGENE LEMAY,

                Defendants.

1:21-cr-573-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On November 3, 2021, the Court held a hearing during which Defendants Joel Lingat and Joseph Lemay were arraigned on the Superseding Indictment in this case, and each entered pleas of not guilty on the Counts alleged against him. [ECF No. 26]. As discussed in the initial conference portion of the hearing,

IT IS HEREBY ORDERED THAT on or before November 10, 2021, Mr. Lemay will produce a hard drive to the Government, and provide any comments on the protective order proposed by the Government, either by entering the protective order or by filing a brief letter with the Court stating his reasons why he will not enter the proposed protective order.

IT IS FURTHER ORDERED THAT on or before November 17, 2021, Mr. Lemay will inform the Court as to whether he intends to waive venue in the Southern District of New York with respect to Counts 2 and 3 of the Superseding Indictment. If Mr. Lemay intends to move to transfer those Counts to the Eastern District of New York, a motion to transfer shall be filed on or before November 24, 2021. Any opposition by the Government shall be filed on or before December 3, 2021. The Government shall produce all discovery to Mr. Lemay, and any remaining discovery to Mr. Lingat, on or before November 24, 2021.

IT IS FURTHER ORDERED THAT the status conference currently scheduled for December 7, 2021 in this case is adjourned to January 13, 2022 at 2:00pm.  At the status conference, the Parties should be prepared to discuss any anticipated motions, including both motions addressed to discovery and any motion for severance, and a timeline for any motions.  All time between now and January 13, 2022 is excluded for purposes of the Speedy Trial Act and finds that the interest of justice served by the exclusion of such time outweighs the interest of the Defendants and the public in a speedy trial.  The exclusion allows time for the Government to produce discovery and for the Defendants to review the discovery, contemplate any pre-trial motions, confer with their respective counsel with respect to potential motions, and discuss potential consensual disposition of the case, should they so desire.

**SO ORDERED.**

**Date:  November 3, 2021**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**