USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                    Plaintiff,

               -against-

JOEL LINGAT and JOSEPH EUGENE LEMAY,

                                  Defendants.

1:21-cr-573-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On January 13, 2022, the Court held status conference in this matter. At the conference, the Government represented that the production of discovery is substantially complete. The Defendants stated that there are no discovery issues as of the status conference.

At the conference, Defendants Joel Lingat and Joseph Lemay both sought leave to file a motion for a bill of particulars. The Court granted each of the Defendants' requests pursuant to the following briefing schedule: any motion shall be filed on or before March 16, 2022; any opposition by the Government shall be filed on or before March 30, 2022; and any reply shall be filed on or before April 13, 2022.

The Parties are directed to appear for a further status conference on April 27, 2022 at 2:30pm. The conference will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. If still contemplated, the Court will set a briefing schedule for a motion of severance or a motion with respect to the statute of limitations at that conference.

On consent of the Defendants, all time between now and April 27, 2022 is excluded for purposes of the Speedy Trial Act. The Court finds that the interest of justice served by the exclusion of such time outweighs the interest of the Defendants and the public in a speedy trial.

The exclusion allows time for the Defendants to review the discovery and file a motion for a bill of particulars, if necessary, contemplate any pre-trial motions, confer with their respective counsel with respect to potential motions, and discuss potential consensual disposition of the case, should they so desire.

**SO ORDERED.**

Date: January 13, 2022
New York, NY

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**