UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2022

UNITED STATES OF AMERICA,

-against-

JOEL LINGAT and JOSEPH EUGENE LEMAY,

Defendants.

1:21-cr-573-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the Parties requesting an adjournment of the status conference currently scheduled for May 23, 2022, and consenting to the exclusion of time for such an adjournment under the Speedy Trial Act. Because the letter contains personal health information, the Court will maintain the letter under seal pending further order from the Court.

The status conference scheduled for May 23, 2022 is hereby adjourned. The Parties are directed to appear for a further status conference on June 8, 2022 at 10:00am. The conference will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. If still contemplated, the Court will set a briefing schedule for a motion of severance or a motion with respect to the statute of limitations at that conference.

On consent of the Defendants, all time between now and June 8, 2022 is excluded for purposes of the Speedy Trial Act. The Court finds that the interest of justice served by the exclusion of such time outweighs the interest of the Defendants and the public in a speedy trial. The exclusion allows time for the Defendants to review the discovery, confer with their respective counsel with respect to potential motions, and discuss potential consensual disposition of the case, should they so desire.

**SO ORDERED.**

Date:  May 20, 2022
       New York, NY

_____
MARY KAY VYSKOCI
United States District Judge