USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOEL LINGAT and JOSEPH EUGENE LEMAY,

Defendants.

1:21-cr-573-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On June 8, 2022, the Court held status conference in this matter. At the conference, the Government represented that its production of discovery is complete. The Defendants stated that there are no discovery issues, but that they are continuing to review the discovery.

At the conference, Defendants Joel Lingat sought leave to file a motion to dismiss the indictment, and Defendant Joseph Lemay sought leave to file a motion for severance. The Court granted each of the Defendants' requests pursuant to the following briefing schedule: the Defendants' respective motions shall be filed on or before August 4, 2022; any opposition to the motions by the Government shall be filed on or before August 25, 2022; and any reply shall be filed on or before September 15, 2022.

The Parties are directed to appear for a further status conference on October 19, 2022 at 11:00am. The conference will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

On motion by the Government, and on consent of the Defendants, all time between now and October 19, 2022 is excluded for purposes of the Speedy Trial Act. The Court finds that the interest of justice served by the exclusion of such time outweighs the interest of the Defendants and the public in a speedy trial. The exclusion allows time for the Defendants to complete their

review of the discovery, brief and file their anticipated motions, and allows time for the Court to rule on the respective motions.

The Parties are on notice that they must be prepared to try this case at any point following the October 19, 2022 conference. The Parties are directed to promptly notify the Court of any dates they will be unavailable in the fourth quarter of this year and the first quarter of 2023. Failure to timely notify the Court of potential conflicting dates will preclude any argument for adjourning the trial.

**SO ORDERED.**

**Date:  June 8, 2022**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**