USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JOEL LINGAT and JOSEPH EUGENE LEMAY,

Defendants.

1:21-cr-573 (MKV)

SCHEDULING ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the trial in this case will begin on June 26, 2023. The Court has allotted three (3) weeks for the trial, and the parties must plan accordingly.

IT IS FURTHER ORDERED that any motions *in limine* are due by April 7, 2023. The Parties must file all other Pretrial Submissions, in accordance with the Court's Individual Rules, by April 21, 2023.

IT IS FURTHER ORDERED that the parties shall appear for the Final Pretrial Conference on June 19, 2023 at 10:00 AM.

The trial will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated: October 19, 2022
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**