UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
UNITED STATES OF AMERICA,                  :
:
-v-                          :
:       ~~PROPOSED~~ ORDER
:
JOSEPH EUGENE LEMAY,                       :
:
Defendant.            :       1:21-cr-573-MKV
:
-----------------------------------------------------------x

## ~~PROPOSED~~ ORDER

This matter having been opened to the Court by the Defendant, Joseph Eugene Lemay (Frank Agostino, appearing), and with the consent of the United States Attorney for the Southern District of New York, and the consent of the United States Pretrial Services Agency, and after due deliberation, it is hereby

ORDERED this 10th day of November, 2022,

THAT the conditions of defendant Joseph Eugene Lemay's release are modified as follows:

1. The Defendant shall be permitted to Travel to Michigan to visit his mother from November 21, 2022 through November 25, 2022; and

2. All other conditions of release shall remain unchanged.

*Mary Kay Vyskocil*
_____
THE HONORABLE MARY KAY VYSKOCIL
United Stated District Court Judge