```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JOEL LINGAT and JOSEPH EUGENE LEMAY,

Defendants.

1:21-cr-573 (MKV)

SCHEDULING ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the trial scheduled to begin on June 26, 2023 is hereby adjourned and rescheduled to begin on October 16, 2023.

IT IS FURTHER ORDERED that any motions *in limine* are due by July 7, 2023. The Parties must file all other Pretrial Submissions, in accordance with the Court's Individual Rules, by July 21, 2023.

IT IS FURTHER ORDERED that the parties shall appear for the Final Pretrial Conference on October 10, 2023 at 10:00 AM.

The trial will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated: December 9, 2022
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**