UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2023
```

------------------------------------------------------x
:
UNITED STATES OF AMERICA,                             :
:
         -v-                                         :
:  ~~PROPOSED~~ ORDER
JOSEPH EUGENE LEMAY,                                  :
:
                  Defendant.                         :   1:21-cr-573-MKV
:
------------------------------------------------------x

### ~~PROPOSED~~ ORDER

This matter having been opened to the Court by the Defendant, Joseph

Eugene Lemay (Frank Agostino, appearing), and with the consent of the United

States Attorney for the Southern District of New York, and the consent of the

United States Pretrial Services Agency, and after due deliberation, it is hereby

ORDERED this _2nd_ day of March, 2023,

THAT the conditions of defendant Joseph Eugene Lemay's release are

modified as follows:

1.      The Defendant's travel restrictions be amended to allow him to travel

to the state of Michigan without prior authorization; and

2.      All other conditions of release shall remain unchanged.

3.      Defendant shall advise pre-trial services each time he travels to the state of Michigan and each time he leaves the state of Michigan.

_____
THE HONORABLE MARY KAY VYSKOCIL
United Stated District Court Judge