```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-

JOSEPH EUGENE LEMAY,

        Defendant.

-----------------------------------------------------------x

~~PROPOSED~~ ORDER

1:21-cr-573-MKV

## ~~PROPOSED~~ ORDER

This matter having been opened to the Court by Phillip J. Colasanto, an attorney of record, and with the consent of the Defendant Joseph Eugene Lemay and the United States Attorney for the Southern District of New York, and after due deliberation, it is hereby

ORDERED this <u>15th</u> day of May, 2023,

THAT the appearance of Phillip J Colasanto, Esq. for the Defendant Joseph Eugene Lemay shall be withdrawn.

_____
THE HONORABLE MARY KAY VYSKOCIL
United Stated District Court Judge