USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOEL LINGAT and JOSEPH EUGENE LEMAY,

Defendants.

1:21-cr-573-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On July 17, 2023, Defendant Lingat requested that the time to respond to the motion *in limine* filed by the government be extended until July 28, 2023.  [ECF No. 100].  The Court granted that request the following day.  [ECF No. 102].  The Court hereby clarifies that the July 28, 2023 deadline applies to both defendants in this case.

**SO ORDERED.**

**Date:   July 19, 2023**
**New York, NY**

MARY KAY VYSKOCIL
United States District Judge