USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>JOEL LINGAT and JOSEPH EUGENE LEMAY,<br><br>Defendant. | 1:21-cr-573 (MKV)<br><br>**<u>ORDER</u>** |

MARY KAY VYSKOCIL, United States District Judge:

The Final Pretrial Conference scheduled for October 10, 2023 at 10:00 AM is ADJOURNED to October 4, 2023 at 2:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Any request for an adjournment must be filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

Date: August 24, 2023
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**