USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JOEL LINGAT and JOSEPH EUGENE LEMAY,

Defendants.

1:21-cr-573 (MKV)

SCHEDULING ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the trial scheduled to begin on October 16, 2023 is hereby adjourned and rescheduled to begin on March 5, 2024.

IT IS FURTHER ORDERED that any motions *in limine* are due by December 1, 2023. The Parties must file all other Pretrial Submissions, in accordance with the Court's Individual Rules, by December 22, 2023.

IT IS FURTHER ORDERED that the parties shall appear for the Final Pretrial Conference on February 27, 2024 at 2:00 PM.

The trial will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

The Clerk of Court is respectfully requested to close docket entry 121.

**SO ORDERED.**

Dated:  September 15, 2023
        New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**