```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-   1:21-cr-573-MKV

JOEL LINGAT and JOSEPH EUGENE LEMAY,   ORDER

Defendants.

MARY KAY VYSKOCIL, United States District Judge:

Trial in this action was originally set for October 16, 2023, with any motions *in limine* due by July 7, 2023. [ECF No. 89.] The Government timely filed a motion *in limine* on July 7, 2023. [ECF No. 96.] Thereafter, the Court granted Defendant Lemay's request to adjourn the trial. The Court scheduled trial to begin on April 2, 2024 [ECF No. 126] and ordered that any motions *in limine* were due by **December 1, 2023**. To date, Defendants have filed no motions *in limine*. Additionally, the Government did not file a renewed motion *in limine*.

Accordingly, IT IS HEREBY ORDERED that, in light of the adjournment of this trial, the Government is directed to inform the Court **on or before December 11, 2023** whether it still seeks resolution of its motion *in limine* filed on July 7, 2023 at ECF No. 96.

**SO ORDERED.**

**Date:  December 4, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1