USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JOEL LINGAT and JOSEPH EUGENE LEMAY,

Defendants.

1:21-cr-573-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

The Pretrial Conference currently scheduled for February 27, 2024 is hereby ADJOURNED to **March 6, 2024 at 11:30 AM** in in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Date: January 23, 2024
New York, NY

_____
**MARY KAY VYSKOCIL
United States District Judge**

1