USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOEL LINGAT and JOSEPH EUGENE LEMAY,

Defendants.

1:21-cr-573-MKV

**AMENDED ORDER**

MARY KAY VYSKOCIL, United States District Judge:

Defendant Lingat's sentencing is scheduled for August 14, 2024 at 2:00 PM.  [ECF No. 184].  Previously, the Court directed Defendant Lingat that "defense [sentencing] submissions are due two weeks in advance" of sentencing.  [ECF No. 175] (Trial Transcript) 1370:18-21; *see also* Individual Rule of Practice in Criminal Cases 6.B ("Unless otherwise ordered, a defendant's sentencing submission shall be served on the government and e-mailed to Chambers no later than two weeks before the date set for sentencing.").  Despite the Court's explicit order, and without courtesy of warning the Court, Defendant Lingat untimely filed his sentencing submissions on August 4 and August 5, 2024.  [ECF Nos. 193, 194].  **Defense counsel is admonished that further failure to comply with this Court's orders, Individual Rules, and Local Rules may result in sanctions.**

In order to provide the Court adequate time to review all sentencing submissions, Defendant Lingat's sentencing is hereby ADJOURNED to **Monday, August 19, 2024**.  The Court will follow up with the parties with respect to the specific hearing time.

**SO ORDERED.**

**Date:   August 9, 2024**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1