USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOEL LINGAT and JOSEPH EUGENE LEMAY,

Defendants.

1:21-cr-573-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On April 15, 2024, Defendant Lingat was found guilty by a jury of one count of conspiracy to defraud the Internal Revenue Service, in violation of Title 18, United States Code, Section 371. [ECF 154]. Defendant Lingat was then sentenced to 24 months in prison and 2 years supervised release and was ordered to surrender to the Bureau of Prisons before 2:00 PM on November 22, 2024. [ECF 202]. On August 28, Defendant Lingat filed a notice of appeal. [ECF 211]. On October 9, 2024, Defendant Lingat requested that this Court continue his bail, stay his surrender, and stay the payment of his fine pending appeal. [ECF No. 219].

Defendant Lingat's request to stay the payment of his fine pending appeal is GRANTED. Defendant Lingat's request to continue his bail and stay his surrender pending appeal is DENIED. Accordingly, IT IS HEREBY ORDERED that Defendant Lingat surrender to the Bureau of Prisons before 2:00 PM on November 22, 2024.

The Clerk of Court is respectfully requested to close the Motion to Stay filed at ECF 219.

**SO ORDERED.**

Date:  October 17, 2024
       New York, NY

_____
**MARY KAY VYSKOCIL
United States District Judge**