USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

JOEL LINGAT and JOSEPH EUGENE LEMAY,

                Defendants.

1:21-cr-573-MKV

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

On October 20, 2024, the Court received a letter filed on the docket requesting a conference in advance of defendant's sentence date, currently scheduled for October 31, 2024. [ECF 224]. IT IS HEREBY ORDERED that the Government file its response on or before October 23, 2024.

IT IS FURTHER ORDERED that the Parties appear for a conference on October 25, 2024 at 11:00 AM. The conference will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Date: October 21, 2024
New York, NY

                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**