USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>-against-<br><br>JOSEPH EUGENE LEMAY,<br><br>                               Defendants. | 1:21-cr-573-MKV<br><br>**<u>ORDER</u>** |

MARY KAY VYSKOCIL, United States District Judge:

The Court held a conference to discuss the parties' opposing letters regarding Defendant's allegations of prior defense counsel's conflict of interest. [ECF Nos. 224, 230].

IT IS HEREBY ORDERED that defense counsel must file on the docket the substitution of counsel on or before November 1, 2024.

IT IS FURTHER ORDERED that if Defendant elects to pursue the ineffective assistance of counsel claims raised in his October 20, 2024 letter then defense counsel must file an executed waiver of the attorney-client privilege on or before November 1, 2024.

IT IS FURTHER ORDERED that defense counsel must file its anticipated motion with supporting documents on or before November 27, 2024.

IT IS FURTHER ORDERED that the Government must file its response on or before December 18, 2024.

IT IS FURTHER ORDERED that the sentencing scheduled for October 31, 2024 is AJOURNED *sine die*.

**SO ORDERED.**

Date:  October 28, 2024
        New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**