

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Building*
*26 Federal Plaza*
*New York, New York 10278*

January 15, 2025

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 1/15/2025

BY ECF

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
United States District Courthouse
500 Pearl Street
New York, New York 10007

      Re:  *United States v. Joseph Eugene LeMay*, S2 21 Cr. 573 (MKV)

Dear Judge Vyskocil:

      The Government writes to respectfully request leave to file an updated version of its memorandum of law in opposition to the defendant Lemay's Motion for a New Trial pursuant to Federal Rule of Criminal Procedure 33 (the "Motion").  (ECF No. 239).  On January 10, the Government filed its opposition memorandum, but inadvertently included a table of contents that contained error messages. *See* ECF No. 245 at Table of Contents. To remedy this, the Government updated the table of contents and table of authorities in its brief. This process slightly changed the pagination and formatting of some pages in the brief, although not the contents of those pages. For example, some text previously on page 8 of the brief shifted to page 7 of the brief.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By: _____/s/_____
      Timothy Capozzi
      Jilan Kamal
      Steven Kochevar
      Assistant United States Attorneys
      (212) 637-2404/2192/2262

cc:     Counsel of Record (by ECF)

**Granted. SO ORDERED.**

Date: 1/15/2025    *Mary Kay Vyskocil*
New York, New York    Mary Kay Vyskocil
               United States District Judge