USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                          Plaintiff,

          -against-

JOSEPH EUGENE LEMAY,

                          Defendants.

1:21-cr-573-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a motion filed *pro se* by Defendant Lemay seeking a new trial. [ECF No. 274].  The Court recently ruled on a fully briefed motion for a new trial filed by counsel on Mr. Lemay's behalf.  [ECF No. 275].  Mr. Lemay is not permitted to make *pro se* filings while he is represented by counsel.  *See United States v. Hage*, 74 F.4th 90, 93 (2d Cir. 2023).  Nor will the Court entertain redundant, serially filed motions that seek relief already requested.

Accordingly, the motion, [ECF No. 274], is DENIED.

Mr. Lemay's sentencing is hereby scheduled for April 16, 2026, at 11:00 AM.

**SO ORDERED.**

**Date:   January 14, 2026**
       **New York, NY**                              _____
                                                              **MARY KAY VYSKOCIL**
                                                         **United States District Judge**