# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

March 17, 2026

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2026
```

Re:     **United States v. Joseph Eugene Lemay**
            21 Cr. 573(MKV)

Dear Judge Vyskocil:

I represent Joseph Lemay in the above-referenced case. The matter is currently set for sentencing on April 16, 2026. I write to respectfully request (1) a 90-day adjournment of the sentencing; and (2) that the Court order the Probation Department to complete an updated presentence report (PSR). The Government consents to both requests.

On January 22, 2026, I was appointed by Hon. Sarah Netburn to represent Mr. Lemay for sentencing. I became engaged in trial shortly thereafter and am scheduled to begin another trial in this District on April 20, 2026.[1] As the Court is aware, this matter has a lengthy and unusual procedural history, and the undersigned was not counsel of record for any of the prior proceedings. An adjournment would permit counsel to become more thoroughly familiarized with the trial and post-trial record, as well as related matters in another District.

Additionally, the Probation Department filed Mr. Lemay's final PSR on July 24, 2024. Because Mr. Lemay's circumstances have changed significantly since then, an updated PSR would fully apprise the Court as well as "the attorney for the Government" of Mr. Lemay's current history and characteristics prior to sentencing. *See* 18 U.S.C. § 3552(d). A 90-day adjournment would also accommodate the Government, as the assigned Assistant United States Attorney is scheduled to begin a trial on May 11, 2026, and the Government consents to both requests. Accordingly, I respectfully request a 90-day adjournment of sentencing, and that the Court order an updated PSR prior to sentencing. We greatly appreciate the Court's time and consideration of this request.

Respectfully submitted,

Michael D. Bradley
*Attorney for Joseph Lemay*

---

[1] *United States v. Juan Perez Mendez*, 23 Cr. 501 (JPC). The government expects the trial to last up to approximately six weeks.

**Granted. SO ORDERED.**
The Parties are directed to appear as scheduled on April 16, 2026, to provide a status update and confirm a new date for sentencing.

Date: 3/17/2026
New York, New York

*Mary Kay Vyskocil*

Mary Kay Vyskocil
United States District Judge