USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                              Plaintiff,

                -against-

JOSEPH EUGENE LEMAY,

                           Defendants.

1:21-cr-573-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

Defendant, counsel for Defendant, and counsel for the Government appeared before the Court today for a status conference to address logistical issues arising from the appointment, [ECF No. 278], at Defendant's request, [ECF No. 277], of new counsel. *See* [ECF No. 282] (endorsing consent request submitted by Defendant's new counsel, Mr. Bradley, for an adjournment of sentencing, previously scheduled for today, and an updated presentence report ("PSR"), and directing the Parties to appear today as previously scheduled).

As discussed at the conference, it is HEREBY ORDERED that Defendant shall be sentenced on July 16, 2026, at 11:30 AM. That proceeding will not be adjourned, given the substantial delay in sentencing already tolerated since Defendant was convicted at trial over two years ago. *See* [ECF No. 154] (Jury Verdict Form dated April 15, 2024); *see also* [ECF Nos. 182, 192, 204, 281] (Defendant requesting adjournments of sentencing deadlines); [ECF No. 228] (Government requesting an adjournment of sentencing deadline in light of Defendant's assertion of ineffective assistance of counsel, [ECF No. 224]).

It is FURTHER ORDERED that, in advance of sentencing, and within two weeks of this Order, Defendant shall meet with the Probation Department for a further interview to facilitate the preparation of an updated PSR.

It is FURTHER ORDERED that, in advance of sentencing, the Parties shall confer in an attempt to agree upon a proposed consent order with respect to restitution.  If the Parties are unable to arrive at such a proposal, they shall notify the Court as soon as is practicable, and in no case later than one month prior to sentencing.

It is FURTHER ORDERED that the Parties shall jointly advise the Court, as soon as is practicable, and in no case later than one month prior to sentencing, whether and to what extent they intend to make new sentencing submissions in response to the updated PSR; including, specifically, whether the Parties will withdraw their prior submissions in full, or merely update those submissions, and whether Defendant intends to maintain his objections to the original PSR.

**SO ORDERED.**

**Date:  April 16, 2026**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**