BRADLEY LAW FIRM
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

October 7, 2026

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2026

**Re: United States v. Joseph Eugene Lemay**
21 Cr. 573 (MKV)

Dear Judge Vyskocil:

I represent Joseph Lemay in the above-referenced case. The matter was previously set for sentencing on September 16, then adjourned by the Court to December 1, 2026. He is currently detained at Essex County Correctional Facility (ECCF). I write to respectfully request that the Court advance the matter to the earliest possible date before December 1, convenient to the Court, excluding November 3 through November 12, 2026. The Government does not oppose but would request a date in November (except 12:00 p.m. – 1:30 p.m. on November 20 and the week of November 23rd) to prepare for sentencing, because the matter has been transferred to another Assistant United States Attorney.

At the last proceeding, on August 11, 2026, Mr. Lemay, having flown to New York from Florida with his wife, was taken into custody pursuant to a warrant issued by Hon. Stephanos Bibas.[1] He has been detained at ECCF ever since, serving his sentence in the DNJ matter, as he awaits designation to a federal institution. However, counsel is informed that the BOP will not designate him to any facility until he is sentenced in this matter. [redacted]

[redacted]

[1]The face of the warrant charged Mr. Lemay with failing to surrender to begin his previously imposed sentence on personal tax evasion convictions in the District of New Jersey (the "DNJ matter"). Mr. Lemay does not dispute that Judge Bibas could have ordered him to surrender at any point after sentencing. However, his most recent order permitted Mr. Lemay to surrender 72 hours after the Bureau of Prisons (BOP) designated a federal institution for him to begin serving his sentence. As of this writing, the BOP has not designated Mr. Lemay to any federal facility, reportedly because the instant matter remains pending. Judge Bibas vacated the warrant the next day, and Mr. Lemay has begun serving his sentence in the DNJ matter.

[redacted]

[redacted] Recently, after rainstorms flooded his cell, authorities presented him with the stark choice of either lying on a soaked mattress or on the cold, hard floor. Moreover, Mr. Lemay is currently held in general population, amongst those charged with violent offenses much more serious than those with which he has been convicted. Mr. Lemay submits that appropriate placement and classification at a BOP designated facility would represent a vast and significant improvement over the conditions at ECCF. [redacted]

Mr. Lemay understands that designation remains solely in the province of the BOP, and that the process takes time even once he has been sentenced. However, the sooner his sentencing occurs, the sooner the BOP will designate a facility [redacted] more appropriate for his pending BOP classification and closer to his family in Florida. Accordingly, I respectfully request that the Court advance the December 1 sentencing to the earliest possible date convenient to the Court, excluding November 3 – 12, 2026.

We greatly appreciate the Court's time and consideration of this request.

Respectfully submitted,

Michael D. Bradley
*Attorney for Joseph Lemay*

cc: AUSA Connie Dang
(*via email and ECF)*

**Granted. SO ORDERED.**
Sentencing in this matter is advanced to November 18th, 2026 at 11am.

Date: 10/7/2026
New York, New York

Mary Kay Vyskocil
United States District Judge